Andrew L. Grotz et al., complainants, v. Catherine Lewis et al., defendants, on appeal of Ward T. Huston, appellant. Gen. No. 33,987.

Opinion filed April 22, 1930.
Aaron R. Eppstein, for appellant. Oscar M. Meusel, for appellee. G. A. Buresch, guardian *ad litem.*
Mr. Justice Gridley delivered the opinion of the court.

City of Chicago, appellee, v. Della Fogel, appellant. Gen. No. 34,017.

Opinion filed April 22, 1930.
Albert Goldman and David J. Bentall, for appellant. Samuel A. Ettelson, Corporation Counsel, and Frank Peska, City Prosecutor, for appellee; George Sugarman and Ransom E. Walker, Assistant City Prosecutors, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

City of Chicago, appellee, v. Sam Reed, appellant. Gen. No. 34,018.

Opinion filed April 22, 1930. Rehearing denied May 5, 1930.
Albert Goldman and David J. Bentall, for appellant; Bernard Stol, of counsel. Samuel A. Ettelson, Corporation Counsel, and Frank Peska, City Prosecutor, for appellee; George Sugarman and Ransom E. Walker, Assistant City Prosecutors, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

Francis W. Peterson, appellant, v. Harold F. Scovel, administrator with the will annexed of the estate of J. W. Bell, deceased, appellee. Gen. No. 33,822.

Opinion filed April 22, 1930.
Thomas B. Brown, for appellant. Harry C. Kinne, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.